# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1188**
**CAF 14-00138**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF RICKEY L.W.,
PETITIONER-RESPONDENT,

V                                              MEMORANDUM AND ORDER

LINDA M., RESPONDENT-RESPONDENT,
AND JASMINE G., FORMERLY KNOWN AS FELICIA M.-V.,
FORMERLY KNOWN AS FELICIA V., FORMERLY KNOWN AS
FELICIA M., RESPONDENT-APPELLANT.
(APPEAL NO. 2.)

---

PAUL B. WATKINS, FAIRPORT, FOR RESPONDENT-APPELLANT.

CHARLES T. NOCE, CONFLICT DEFENDER, ROCHESTER (KATHLEEN P. REARDON OF
COUNSEL), FOR PETITIONER-RESPONDENT.

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (KIMBERLY F. DUGUAY OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

TANYA J. CONLEY, ATTORNEY FOR THE CHILDREN, ROCHESTER.

---

Appeal from an order of the Family Court, Monroe County (Joan S. Kohout, J.), entered November 26, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner sole custody of the subject children.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Dayshaun W*. ([appeal No. 1] ___ AD3d ___ [Nov. 20, 2015]).

Entered:  November 20, 2015                    Frances E. Cafarell
                                               Clerk of the Court